FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 15 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JAMES GALLOWAY IV,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

    Serve: CT Corporation System
    320 S. Izard St.
    Little Rock, AR 72201

    Defendant.

Cause No.: 4:24-cv-00136-LPR

Federal Employers' Liability Act (FELA)

**TRIAL BY JURY REQUESTED**

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin

## COMPLAINT

Plaintiff James Galloway IV, by and through his legal counsel, Schlichter Bogard LLP, and James & Carter PLC, states as follows for his Complaint against Defendant Union Pacific Railroad Company:

1. This action arises under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. §51 et seq. for injuries sustained by Plaintiff on or about August 15, 2023, in or about North Little Rock, Arkansas, while in the course of employment with Defendant. This court has federal subject matter jurisdiction pursuant to 28 U.S.C. §1331.

2. At all times relevant, Plaintiff has been a resident of Sherwood, Arkansas and was employed by Defendant as a railroad machinist, working in furtherance of Defendant's interstate transportation and commerce, out of its North Little Rock facility.

3. At all times relevant, Defendant has been a railroad corporation duly organized and existing under the laws of Arkansas and is engaged in interstate commerce hauling freight by rail in various states, including in the geographic region of the Eastern District of Arkansas and

maintains a registered agent in Little Rock, Arkansas.

4.  This Court has general personal jurisdiction over Defendant by virtue of its residence in this district and has specific personal jurisdiction because a substantial part of the events or omissions giving rise to the claim occurred within this district.

5.  Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1) and (2), and (d) because, *inter alia*, the injury incident arose in this judicial district.

6.  On or about August 15, 2023, Plaintiff was working as a machinist for Defendant in or about North Little Rock, Arkansas, when one of Defendant's employees failed to control the operation of a crane that was moving a suspended motor and caused it to crash into a utility vehicle against which Plaintiff was leaning while talking with a manager, resulting in injuries to Plaintiff.

7.  Plaintiff's injuries were caused, in whole or in part, by one or more of the following negligent actions and/or omissions by Defendant and/or its agents and employees:

    (a) it negligently operated the crane;

    (b) it failed to provide adequate assistance for work;

    (c) it failed to provide reasonably safe conditions/place for work;

    (d) it failed to provide reasonably safe methods of work;

    (e) it failed to provide reasonably safe equipment for work; and

    (f) it failed to properly warn of hazardous conditions and/or work operations.

8.  As a result, in whole or in part, of one or more of the foregoing negligent acts and/or omissions on the part of Defendant, Plaintiff sustained traumatic injuries to and/or aggravation of preexisting conditions to his spine, low back, and mid-back; he has required healthcare treatment, including back injections, and low back surgery, and is reasonably certain

to require additional treatment in the future; he has incurred and will continue incurring medical expenses; he has experienced and will continue to experience physical pain and emotional distress; he has lost and will continue to lose wages, benefits and earning capacity; he has sustained scarring and disfigurement; he has experienced a diminished ability to engage in physical, social, and recreational activities and to perform household services all of which are reasonably certain to continue in the future; all to his damage.

WHEREFORE, Plaintiff prays for judgment against Defendant Union Pacific Railroad Company, in an amount which is fair and reasonable, in excess of $75,000 plus costs of suit, pre- and post- judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

SCHLICHTER BOGARD LLP

*/s/ Nelson G. Wolff*

Nelson G. Wolff, ABN #2006002
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com

and

JAMES & CARTER PLC
PAUL J. JAMES, 83091
500 Broadway, Suite 400
Little Rock, Arkansas 72201
(501) 372-1414
(501) 372-1659 (fax)
pjj@jamescarterlaw.com

*Attorneys for Plaintiff*